**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| SANDRA HARRIS, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 9:25-CV-00258-MJT-CLS |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANSUNION, LLC; | § § § § § | |
| *Defendants.* | § § | |

**ORDER ADOPTING THE REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

This proceeding was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for pretrial management. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72. On March 26, 2026, Judge Stetson issued a Report and Recommendation advising this Court to grant Defendant Equifax Information Services LLC's Motion to Dismiss and allow Plaintiff fourteen (14) days to replead her complaint. *See* [Dkt. 20]. No party objected. The Court therefore reviews the Report and Recommendation for clear error. It finds none.

The Report and Recommendation [Dkt. 20] is ADOPTED.

Equifax's Motion to Dismiss [Dkt. 12] is GRANTED. Plaintiff shall have 14 days to replead her complaint. If she does not replead, then Equifax shall be dismissed from this action.

IT IS SO ORDERED.

**SIGNED this 16th day of April, 2026.**

Michael J. Truncale
United States District Judge