**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

SANDRA HARRIS,                          §
                                        §
    *Plaintiff*,                        §
                                        §
v.                                      §    CIVIL  ACTION
                                        §    NO.  9:25-CV-00258-MJT-CLS
                                        §
EXPERIAN INFORMATION                    §
SOLUTIONS, INC. and                     §
TRANSUNION, LLC,                        §
                                        §
    *Defendants*.                      §
                                        §

**ORDER ADOPTING THE REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

This proceeding was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for pretrial management.  *See* 28 U.S.C. § 636(b)(1); E.D. Tex. Loc. R. CV-72. On June 2, 2026, Judge Stetson issued a Report and Recommendation advising this Court to dismiss Defendant TransUnion LLC from this action pursuant to Federal Rule of Civil Procedure 4(m).  [Dkt. 25].  Plaintiff did not object to the Report and Recommendation and the time to object has passed.  Thus, Plaintiff's claims against TransUnion are DISMISSED.  The Clerk of Court shall TERMINATE TransUnion LLC as a party in this action.  Plaintiff's claims against Experian Information Solutions Inc. remain pending.

It is so ORDERED.

**SIGNED this 22nd day of June, 2026.**

_____
Michael J. Truncale
United States District Judge