**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| SANDRA HARRIS, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 9:25-CV-00258-MJT-CLS |
| EXPERIAN INFORMATION SOLUTIONS, INC. | § § § | |
| *Defendant.* | § § | |

**ORDER ADOPTING THE REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

This proceeding was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for pretrial management. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72. On June 25, 2026, Judge Stetson issued a Report and Recommendation advising dismissal pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failures to prosecute her case and to obey court orders. *See* [Dkt. 32]. No party objected to the Report and Recommendation and the time to object has passed. Thus, the Court reviews the Report and Recommendation for clear error. It finds none. Accordingly, this action is HEREBY DISMISSED WITHOUT PREJUDICE under FED. R. CIV. P. 41(b). A final judgment will be entered.

It is so ORDERED.

**SIGNED this 13th day of July, 2026.**

_____

Michael J. Truncale
United States District Judge